

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
RICHMOND MERCANTILE LTD FZC,

        Plaintiff,

   -against-

ARABIAN INDUSTRIAL AND CONSTRUCTION
GROUP d/b/a ARABIAN INDUSTRIAL &
CONSTRUCTION GROUP and d/b/a ARABIC
GROUP FOR INDUSTRY AND CONSTRUCTION
CO. and d/b/a ARABIAN INDUSTRY AND
CONSTRUCTION CO. GROUP LTD. and
d/b/a ARABIAN GROUP INDUSTRIAL AND
CONST. CO.,

        Defendant.
-------------------------------------x

07 CIV 9587

ECF
**RULE 7.1 STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, RICHMOND MERCANTILE LTD FZC (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
    October 26, 2008

           CARDILLO & CORBETT
           Attorneys for Plaintiff,
           RICHMOND MERCANTILE LTD FZC

     By: _____
        Tulio R. Prieto (TP 8455)

        Office and P. O. Address
        29 Broadway
        New York, NY 10006
        Tel:(212) 344-0464
        Fax:(212) 797-1212