HOLLENSTEIN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
RICHMOND MERCANTILE LTD FZC,            :
                                        :   **ECF**
                    Plaintiff,          :
                                        :   **ORDER APPOINTING**
                                        :   **PERSON TO SERVE**
         -against-                      :   **PROCESS**
                                        :   07 Civ. 9587 (AKH)
ARABIAN INDUSTRIAL AND CONSTRUCTION     :
GROUP d/b/a ARABIAN INDUSTRIAL &        :
CONSTRUCTION GROUP and d/b/a ARABIC     :
GROUP FOR INDUSTRY AND CONSTRUCTION     :
CO. and d/b/a ARABIAN INDUSTRY AND      :
CONSTRUCTION CO. GROUP LTD. and         :
d/b/a ARABIAN GROUP INDUSTRIAL AND      :
CONST. CO.,                             :
                                        :
                    Defendant.          :
----------------------------------------x

        Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

        Upon reading the Affidavit of Tulio R. Prieto, sworn to October 26, 2007, and good cause having been shown,

        IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime

Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
       October 30, 2007

                                               _____
                                               United State District Judge

BY _____
DEPUTY CLERK

2